UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIGI GIROTTO,
        Plaintiff.

Versus

ORTTU ONLINE LLC, a Wyoming, limited liability company d/b/a ORTTU-SOHO, and 27 GREENE STREET ASSOCIATES, a New York Corporation,
        Defendants.

Civil Action No. 1:23-cv-04737-ALC

**STIPULATION & ORDER FOR DISMISSAL WITH PREJUDICE**

    The above-named parties,[1] by and through their undersigned attorneys, the said parties being all parties who have appeared in this action, none of whom is an infant, an incompetent person for whom a committee has been appointed or a conservatee, and there being no person not a party who has an interest in the subject matter of the action, hereby stipulate and agree that this action shall be dismissed in full pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with prejudice and on the merits, each party to bear their own costs, disbursements, and attorney's fees incurred prior to the date of this stipulation, except as otherwise agreed to by the parties pursuant to a Confidential Settlement Agreement.

Date: _____, 2024

B. Bradley Weitz, Esq.
**THE WEITZ LAW FIRM, P.A.**
Bank of America Building
18305 Biscayne Blvd. (Suite 214)
Tel: (305) 949-7777
E-mail: bbweitz@gmail.com
*Attorneys for Plaintiff*

Joshua A. Stein, Esq.
**EPSTEIN, BECKER & GREEN, P.C.**
875 Third Avenue
New York, NY 10022
Tel: (212) 351-4660
E-mail: jstein@ebglaw.com
*Attorneys for Orttu Online LLC*

---

[1] Leap Services, Inc, a party to this matter, is incorrectly named as Orttu Online LLC, a Wyoming limited liability company d/b/a ORTTU-SOHO.

*[signature: Robert Zanetti]*

Robert Zanetti, Esq.
**HANLEY ZANETTI LAW OFFICE P.C.**
50 Broad Street, Suite 1609
New York, NY 10004
Tel: (646) 269-4893
Email: robert@hanleyzanetti.com
*Attorneys for 27 Greene Street Associates*

SO ORDERED:

_____          Date: _____

Hon. Andrew L. Carter, Jr. U.S.D.J.  _____

_____
Robert Zanetti, Esq.
**HANLEY ZANETTI LAW OFFICE P.C.**
50 Broad Street, Suite 1609
New York, NY 10004
Tel: (646) 269-4893
Email: robert@hanleyzanetti.com
*Attorneys for 27 Greene Street Associates*

SO ORDERED:

*/s/ Andrew L. Carter, Jr.*
_____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Date: January 26, 2024